IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 27 2012

BROOKLYN OFFICE

| PROB 22<br>(D\CO 01/03) | DOCKET NUMBER<br>09-cr-00517-MSK-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>GABRIELLA TINA VALLONE | DISTRICT<br>District of Colorado | DIVISION<br>Denver |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Marcia S. Krieger | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>08/09/10 | TO<br>08/08/12 |

OFFENSE
49 U.S.C. § 46504; Assaulting a Flight Attendant

CR 12 - 490

KUNTZ, J.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-23-12
Date

/s/ Marcia S. Krieger
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

s/WFK

8-7-2012
Effective Date

United States District Judge